UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID R. GREEN,

                          Plaintiff,

                                                                  DECISION AND ORDER

                                                                  08-CV-6216L

          v.

ROBIN UNWIN, Individually and in her official capacity
as Assistant District Attorney for the County of Monroe,
TONI GREEN, a/k/a TONI HERRING,

                          Defendants.
_____

        Plaintiff was directed by ORDER TO SHOW CAUSE to explain why he had not effected service of process (Dkt. #11). Plaintiff responded (Dkt. #12).

        Based on that response, plaintiff's motion to hold the case in abeyance pending confirmation of Michael C. Green to the District Court (Dkt. #12) is denied as moot.

        Plaintiff is hereby granted thirty (30) days from the entry of this Decision and Order within which to file an Amended Complaint. Once filed, plaintiff must take steps to properly serve the Amended Complaint.

        IT IS SO ORDERED.

                                                 _____
                                                    DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
            January 6, 2012.